| | |
|---|---|
| **From:** | Justin Mohn <justindmohn@gmail.com> |
| **Sent:** | Tuesday, March 1, 2022 1:10 PM |
| **To:** | PAED Documents |
| **Subject:** | Complaint - Mohn v Cardona |
| **Attachments:** | general complaint1.pdf; Facts1.pdf; ifpl2.pdf; expected major changes in income.pdf |

**CAUTION - EXTERNAL:**

Dear Clerk of Court,

I am filing the attached complaint and documents as a pro se plaintiff. Please let me know if you require me to file a civil cover sheet or any other documents at this time. I apologize if the facts of the case I described are too long and I can abridge them if necessary.

All the best,

Justin Mohn
719-432-8416

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.