IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUSTON MOHN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 22-773** |
| | : | |
| **MIGUEL CARDONA, et al** | : | |

## ORDER

**AND NOW**, this 9th day of March 2022, having granted Plaintiff leave to proceed without paying the filing fees (ECF Doc. No. 4), screened his pro se Complaint (ECF Doc. No. 2) consistent with Congress' mandate under 28 U.S.C. § 1915, and for reasons in the accompanying memorandum, it is **ORDERED**:

1. We **DISMISS** the Complaint (ECF Doc. No. 2) as failing to state a claim with leave to file an amended Complaint, if possible, consistent with Federal Rule 11 and the accompanying Memorandum no later than **March 29, 2022**; and,

2. The Clerk of Court shall **NOT ISSUE SUMMONS[ES]** until further Order.

**KEARNEY, J.**