IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTON MOHN | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 22-773 |
| | : | |
| MIGUEL CARDONA, et al | : | |

## ORDER

AND NOW, this 14th day of April 2022, following our congressionally mandated screening of the Plaintiff's pro se amended Complaint (ECF Doc. No. 9) proceeding without paying the filing fees, and finding he again fails to state claims within our subject matter jurisdiction arising from his inability to repay student loans, and for reasons in an accompanying memorandum, it is **ORDERED**:

1. We **DISMISS** the amended Complaint (ECF Doc. No. 9) without prejudice as to claims under the Federal Tort Claims Act following exhaustion of his administrative remedies or for mandamus if possible;

2. Plaintiff is granted leave to file a second amended Complaint in this case no later than **April 28, 2022** or, absent his filing a timely second amended Complaint, seeking relief after exhausting his claims against the United States if possible; and,

3. The Clerk of Court shall **NOT ISSUE SUMMONS[ES]** until further Order.

KEARNEY, J.